In the Matter of HERMAN B. OBERMAN (Also Known as HERMAN BENJAMIN OBERMAN), an Attorney, Respondent.

First Department, November 1, 1940.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. On July 9, 1940, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny in the first degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, must be disbarred.

Present — MARTIN, P. J., TOWNLEY, UNTERMYER, COHN and CALLAHAN, JJ.

Respondent disbarred.